### 14431.   TILLEY *v.* COOK & FLAKE.

JENKINS, P. J.   Under the answer of the Supreme Court to the controlling question certified to it by this court, the trial court had no jurisdiction to entertain the motion of the defendant in fi. fa. to dismiss the levy, and consequently the judgment overruling the motion must be affirmed.

*Judgment affirmed.   Stephens and Bell, JJ., concur.*

DECIDED MAY 17, 1924.

Affidavit of illegality of execution; from Rockdale superior court —Judge Hutcheson. January 17, 1923.

*J. H. McCalla,* for plaintiff in error.

*Q. L. Williford,* contra.